**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

ALAN J. GOULET,

    Plaintiff,

v.   Case No: 5:14-cv-624-Oc-30PRL

CENTRAL FLORIDA PLASTIC
SURGERY, P.A., FERNANDO G. SERRA
and BLUETONE MEDIA, INC.,

    Defendants.

## ORDER

The Court has been advised via a Notice of Settlement and Stipulation of Dismissal Without Prejudice (Dkt. #52) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within ninety (90) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 90-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of June, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record